AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:24-cv-02094-HDV-BFM

**FILED**
CLERK, U.S. DISTRICT COURT
JAN 04, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY    PD    DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **JUSTIN OSTENSEN**
was received by me on *(date)* **01/04/2025**.

☑ I personally served the summons on the individual at *(place)* **500 BEGONIA CORONA DEL MAR, CALIFORNIA, 92660** on *(date)* **01/04/2025** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **85.00** for travel and $ **20.00** for services, for a total of $ **105.00** .

I declare under penalty of perjury that this information is true.

Date: **01/04/2025**

*Server's signature*

**GURKIRN HUNDAL**
*Printed name and title*

**PO BOX 78494
LOS ANGELES, CALIFORNIA, 90016**
*Server's address*

Additional information regarding attempted service, etc: